AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:21-mj-00593 |
| Thomas Fassell | ) Assigned to: Judge Meriweather, Robin M. |
|  | ) Assign Date: 9/9/2021 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Thomas Fassell,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)-Entering or Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2)-Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D)-Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G)-Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 09/09/2021

*Issuing officer's signature*

City and state: Washington, D.C.    Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 09-09-2021, and the person was arrested on *(date)* 09-15-2021
at *(city and state)*

Date: 09-15-2021

*Arresting officer's signature*

Shawn Crane, Special Agent
*Printed name and title*